UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. McCURDY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. RIVERO, et al.,<br><br>　　　　　Defendants. | No.  2:17-cv-1449 TLN AC P<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　This prisoner civil rights action, filed pursuant to 42 U.S.C. § 1983, is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c).  By order filed April 17, 2020, this court screened plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915A and determined that it did not state a cognizable claim.  ECF No. 37.  This court granted plaintiff leave to file a Second Amended Complaint within thirty days, and informed plaintiff that "[f]ailure to file a Second Amended Complaint in accordance with this order will result in a recommendation for dismissal of this action."  Id. at 7.

　　　　More than thirty have passed since service of the court's order.  Plaintiff has neither filed a Second Amended Complaint nor otherwise communicated with this court, indicating that he has abandoned this case.

////

////

1

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for lack of prosecution. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 23, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE